CHAUNCEY S. PAYNE, LEVI BROWN, AND AUGUSTIN BERTHELET *versus* ZEPHANIAH W. BUNCE, JOHN R. DURYEE, AND JAMES ABBOTT.

JOURNAL ENTRIES (1832–36): *Journal 4:* (1) Rule to appear, copy of rule ordered published *p. 523. *Journal 5:* (2) Motion to take bill as confessed *p. 2; (3) bill taken as confessed *p. 10; (4) demurrer withdrawn, rule to plead or answer *p. 13; (5) motion to take bill as confessed and for reference to master *p. 22; (6) continued *p. 33; (7) bill taken as confessed, referred to master *p. 60; (8) motion to confirm master's report and for decree *p. 75; (9) motion to vacate rule of reference *p. 80; (10) rule taking bill as confessed rescinded, bill taken as confessed, referred to master *p. 86; (11) master's report confirmed, decree *p. 122.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3–4) writs of subpoena and returns; (5) bill for sheriff's fees; (6) affidavit of non-residence; (7) demurrer of Bunce and Abbott; (8) precipe to set demurrer for argument; (9) proof of notice by publication; (10) motion to take bill as confessed; (11) stipulation for time to answer; (12) motion to take bill as confessed and for reference to master; (13) draft of order of reference, etc.; (14) motion to confirm master's report; (15) decree of sale signed by two of the judges; (16) master's report of sale; (17) motion by master for taxation of costs; (18) stipulation re payment of master's fees; (19) draft of rule to pay costs, etc.; (20–26) promissory notes; (27–31) receipts; (32–33) deeds of mortgage.

*Chancery Case* 152 of 1832.